# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

TAJHON WILSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0194

———————————————

June 5, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Susan St. John, Judge.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.